# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES,
LP, CROSSTEX LIG, LLC AND
CROSSTEX PROCESSING
SERVICES, LLC

VERSUS

TEXAS BRINE COMPANY, LLC, ET
AL

NO.  2021 CW 0047

**MAR 1 7 2021**

---

In Re:   Texas  Brine  Company,  LLC,  applying  for  supervisory
writs,  23rd  Judicial  District  Court,  Parish  of
Assumption, No. 34202.

---

**BEFORE:   McDONALD, THERIOT, AND PENZATO, JJ.**

**WRIT  DENIED.**  This  court  declines  to  exercise  its
supervisory  jurisdiction.  The  criteria  set  forth  in  **Herlitz
Construction  Co.,  Inc.  v.  Hotel  Investors  of  New  Iberia,  Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMM**
**MRT**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT